912

*Poventud* for petitioners. *James R. Beverley* for respondent.

Nos. 439 and 440. UNIVERSAL OIL PRODUCTS CO. *v.* WILLIAM WHITMAN CO., INC.; and

No. 441. AMERICAN SAFETY TABLE CO. *v.* SINGER SEWING MACHINE Co. C. A. 3d Cir. Certiorari denied. *Ralph S. Harris, John R. McCullough* and *Adam M. Byrd* for petitioner in Nos. 439 and 440. *Edwin M. Otterbourg, Leon J. Obermayer* and *Charles A. Houston* for petitioner in No. 441. *Leslie Nichols* for the William Whitman Co., respondent in Nos. 439 and 440; and *Newton A. Burgess* and *John F. Ryan* for respondent in No. 441. *Solicitor General Perlman, Assistant Attorney General Morison, Alfred C. Aurich, Paul A. Sweeney* and *Melvin Richter* filed a brief for the United States, as *amicus curiae,* opposing the petitions. Reported below: 169 F. 2d 514.

No. 275, Misc. MARCUS *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 287, Misc. VILES *v.* JOHNSON. Supreme Court of Colorado. Certiorari denied.

No. 289, Misc. GALLOWAY *v.* STEWART, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 187. WATCHTOWER BIBLE & TRACT SOCIETY, INC. ET AL. *v.* METROPOLITAN LIFE INSURANCE Co., *ante,* p. 886. Rehearing denied.

No. 400. HALL *v.* VIRGINIA, *ante,* p. 875. Rehearing denied.